# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0129.  CHARLES HENRY KING v. THE STATE.**

In 2015, a jury found Charles King guilty of aggravated assault, and he pled guilty to possession of a firearm by a convicted felon.  On May 30, 2019, the trial court entered an order denying his motion for a new trial.  On July 16, 2019, King filed an "out-of-time" notice of appeal.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  King's notice of appeal was untimely filed 47 days after entry of the order sought to be appealed.  Consequently, we lack jurisdiction over King's appeal, which is hereby DISMISSED.

Because King is represented by counsel, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.[1]

---

[1] King's claim in his notice of appeal that filing of the notice was delayed due to no fault of his own must be addressed to the trial court, in the first instance.  See generally *Rowland*, 264 Ga. at 875-876 (2).

The Clerk of Court is DIRECTED to send a copy of this order to King and to his attorney, and the latter also is DIRECTED to send a copy to King.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/11/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*